# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TARA PETKA,              :

                            :    **C.A. No. 1:22-CV-01393-RGA**

         **Plaintiff,**  :

                            :    **TRIAL BY JURY DEMANDED**

      **v.**                :

                            :

**GIRL SCOUTS OF**        :

**CHEASPEAKE BAY, INC.,**  :

                            :

      **Defendant.**  :

## <u>STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action was resolved by the parties and dismissed in its entirety, with prejudice.

**BALLARD SPAHR LLP**

/s/ Brittany M. Giusini
Brittany M. Giusini (No. 6034)
919 N. Market Street, 11th Floor
Wilmington, Delaware  19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
giusinib@ballardspahr.com

Louis L. Chodoff (*pro hac vice*)
Monica T. Nugent (*pro hac vice*)
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054
Telephone: 856-761-3400
Facsimile: 856-761-1020
chodoffl@ballardspahr.com
nugentm@ballardspahr.com

*Counsel for Defendant*
*Girl Scouts of the Chesapeake Bay, Inc.*

**The Poliquin Firm, LLC.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esq (DE# 4447)
1475 S. Governors Ave.
Dover, DE 19904
(302)702-5501
ron@poliquinfirm.com
*Attorney for Plaintiff Tara Petka*

**SO ORDERED** this _____ day of _____, 2023.

_____

JUDGE